# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Robin A Willis<br><br>    Debtor(s) | Case No. 14 B 11345 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/28/2014.

2) The plan was confirmed on 09/03/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/03/2014, 09/03/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/07/2015.

5) The case was Dismissed on 04/15/2015.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,620.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,620.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $383.99 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $139.84 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $523.83

Attorney fees paid and disclosed by debtor:   $219.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate South Suburban Hospital | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 326.70 | 601.83 | 601.83 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | NA | 155.80 | 155.80 | 0.00 | 0.00 |
| Audit Systems Inc. | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| Ballantrae of Flossmoor Association | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| Ballantrae of Flossmoor Association | Secured | 3,135.00 | 3,135.00 | 3,135.00 | 342.34 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 5,887.00 | 5,365.00 | 5,365.00 | 0.00 | 0.00 |
| City of Chicago Heights | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Clerk of the Circuit Court of Cook | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Clerk of the Circuit Court of Cook | Unsecured | 477.10 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Services Inc | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 74.00 | 34.00 | 34.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 41.14 | 41.14 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 356.60 | 3,559.50 | 3,559.50 | 0.00 | 0.00 |
| Internal Revenue Servcie | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| Lake County Prosecution Attorney | Unsecured | 675.48 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 675.00 | 675.00 | 675.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 100.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 1,250.00 | 750.00 | 750.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 500.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 700.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | NA | 500.00 | 500.00 | 0.00 | 0.00 |
| Penn Credit | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Peritus Portfolio Services | Secured | 13,870.25 | 13,870.25 | 13,870.25 | 2,343.62 | 410.21 |
| Premier Bankcard | Unsecured | 335.00 | 279.63 | 279.63 | 0.00 | 0.00 |
| Southwest Credit Systems, LP | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| Specialized Loan Servicing LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Specialized Loan Servicing LLC | Secured | 618,986.74 | 627,381.95 | 627,381.95 | 0.00 | 0.00 |
| State of Illinois Tollway | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| State of Illinois Tollway | Unsecured | 632.00 | NA | NA | 0.00 | 0.00 |
| Student Support Center | Unsecured | 288.50 | NA | NA | 0.00 | 0.00 |
| The City of Chicago Height RLE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| True Green | Unsecured | 420.50 | NA | NA | 0.00 | 0.00 |
| US Department of Education | Unsecured | 7,345.00 | NA | NA | 0.00 | 0.00 |
| Village of Country Club Hills | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| Village of Flossmoor | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| Village Of Lynwood | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village Of Matteson | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Village of Merrionette Park | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of South Holland | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $627,381.95 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,870.25 | $2,343.62 | $410.21 |
| All Other Secured | $3,135.00 | $342.34 | $0.00 |
| **TOTAL SECURED:** | **$644,387.20** | **$2,685.96** | **$410.21** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $41.14 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$41.14** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$13,620.76** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $523.83 |
| Disbursements to Creditors | $3,096.17 |
| **TOTAL DISBURSEMENTS** : | **$3,620.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/15/2015                              By: /s/ Marilyn O. Marshall
                                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**